UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELODY CHARMAINE WHITSETT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT ADJUSTERS, LLC, <br><br> Defendant. | 1:17-cv-05845 <br><br> Honorable Judge Andrea R. Wood <br><br> Magistrate Judge Honorable M. David Weisman |

## PLAINTIFF'S INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the Plaintiff submits the following Plaintiff's Initial Status Report.

**1.    Nature of the Case**

   A.    Parties:

| For Plaintiff | For Defendant |
|---|---|
| **Nathan Charles Volheim** (Lead Attorney) <br> **Mohammed Omar Badwan** <br> **Ahmad T. Sulaiman** <br> **Taxiarchis Hatzidimitriadis** <br> Sulaiman Law Group, Ltd. <br> 2500 South Highland Ave., Suite 200 <br> Lombard, Illinois 60148 <br> Phone: 630-568-3056 <br> Fax: 630-575-8188 <br> Email: nvolheim@sulaimanlaw.com <br> Email: mbadwan@sulaimanlaw.com <br> Email: ahmad.sulaiman@sulaimanlaw.com <br> Email: thatz@sulaimanlaw.com | *As discussed below, Defendant is not represented by counsel at this time. |

   B.    Service: All Parties have been served. Defendant's responsive pleading was due on September 8, 2017. Defendant has not filed a responsive pleading or entered the case.

C. Jurisdiction: This action arises under and is brought pursuant to the Fair Debt Collection Practices Act ("FDCPA") and the Telephone Consumer Protection Act ("TCPA"). Subject matter jurisdiction is conferred upon this Court by 15 U.S.C §1692 et seq. and 47 U.S.C §227 et. seq. as the action arises under the laws of the United States. Supplemental jurisdiction exists for the state law claim pursuant to 28 U.S.C. §1367. There is diversity of citizenship among the Parties.

D. Claims Asserted, Counterclaims and Relief Sought:

Plaintiff brings Count I of her complaint for numerous alleged violations of the FDCPA. Chiefly, Plaintiff asserts Defendant failed to comply with the provisions of the FDCPA during its contacts and communications with her. Plaintiff asserts that Defendant sought to collect a consumer debt from her through impermissible means. Under Count II of her complaint, Plaintiff alleges Defendant violated the TCPA by contacting her with the assistance of an automated telephone dialing system ("ATDS") without permission. Any consent that Plaintiff *may* have given to a party of interest was specifically revoked. Finally, Count III of Plaintiff's complaint alleges that the above described behavior was unfair and deceptive in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act. Plaintiff seeks statutory damages of up to $1,000.00 under the FDCPA, 15 U.S.C. §1692k(a)(2)(A), and of up to $1,500.00 per call under the TCPA, 47 U.S.C. §§ 227(b)(3)(B)&(C). Additionally, Plaintiffs seeks payment of his actual damages, in an amount to be determined, under §1692k(a)(1) and 815 ILCS 505/10a. Plaintiff seeks payment of her reasonable attorney fees and costs under the 15 U.S.C. §1692k(a)(3) and 815 ILCS 505/10a. Finally, Plaintiff seeks punitive damages under 815 ILCS 505/10a.

E. Legal and Factual Issues: Did Defendant comply with the provisions of the FDCPA in its communications with Plaintiff? Did Defendant contact Plaintiff with the assistance of an ATDS? Did Defendant have consent to call Plaintiff with the assistance of an ATDS? Was any consent effectively revoked?

**2. Mandatory Initial Discovery Pilot Program ("MIDP")**

A. Plaintiff acknowledge she is familiar with the MIDP Standing Order.

B. Defendant has not filed a responsive pleading or entered the case. As such, the MIDP deadlines have not been triggered.

**3. Case Plan**

A. Pending Motions: Plaintiff has filed a Motion for Entry of Default. Once entered by the Court, Plaintiff intends to seek a Default Judgement on a sum certain.

Dated: October 2, 2017

MELODY CHARMAINE WHITSETT

s/ Nathan Charles Volheim
Nathan C. Volheim, Esq.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 568-3056 (phone)
(630) 575-8181 (fax)
nvolheim@sulaimanlaw.com