# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Melody Charmaine Whitsett

                              Plaintiff,

v.                                                               Case No.: 1:17−cv−05845
                                                                 Honorable Andrea R. Wood

National Credit Adjusters, L.L.C.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, October 10, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Only counsel for Plaintiff appeared. For the reasons stated on the record, Plaintiff's motion for entry of default [10] is granted. The Court enters default against Defendant National Credit Adjusters, L.L.C. in accordance with FRCP 55(a). Plaintiff informed the Court that Plaintiff intends to file a motion for entry of default judgment, with supporting materials, prior to the next status hearing. Plaintiff shall provide Defendant with a copy of the Court's default order and motion for default judgment by certified mail or other method that provides proof of delivery. Status hearing set for 11/8/2017 at 9:00 AM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.