UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELODY CHARMAINE WHITSETT,<br><br> Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br> Defendant. | Case No. 1: 17-cv-05845<br><br>Honorable Andrea R. Wood |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTAGAINST
NATIONAL CREDIT ADJUSTERS, LLC ON A SUM CERTAIN**

 NOW comes MELODY CHARMAINE WHITSETT ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against NATIONAL CREDIT ADJUSTERS, LLC ("Defendant") and in support thereof, stating as follows:

 1. On August 10, 2017, Plaintiff filed her Complaint for Relief Pursuant to the Fair Debt Collection Practices Act ("FDCPA") and Telephonic Consumer Protection Act ("TCPA"). The basis of Plaintiff's Complaint is that Defendant violated the FDCPA, TCPA, and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") through its collection activities. Chiefly, Plaintiff alleges that Defendant engaged in impermissible collection activity against her through incessant collection calls after being told to stop. Defendant's conduct also included making demeaning comments towards Plaintiff.

1

2. On August 18, 2017, Paul Pankiewicz, a process server, effectuated service on Defendant by serving LaShawn Devos, an employee of Defendant's Registered Agent, LexisNexis Document Solutions.

3. On September 8, 2017, Defendant's time to answer or otherwise plead elapsed.

4. On October 2, 2017, after Defendant failed to answer or otherwise plead, Plaintiff caused to be filed a Motion for Entry of Default. Attached to the Motion for Entry of Default was an affidavit signed by the undersigned counsel, attesting that service had properly been effectuated and Defendant was not in member of a protected category. A copy of Plaintiff's Motion for Entry of Default was mailed to Defendant's Registered Agent and to Defendant.

5. On October 9, 2017, the undersigned counsel e-mailed Defendant's Associate Counsel, Nicholas D. Moore ("Moore"). The undersigned counsel advised Moore of Defendant's default and Plaintiff's intention to move forward.

6. On October 10, 2017, this Honorable Court granted an Entry of Default against Defendant.

7. On October 12, 2017, the undersigned counsel again email Moore and provided him with a copy of this Honorable Court's October 10, 2017 Order.

8. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment against Defendant and in favor of Plaintiff.

9. Defendant is aware of the instant proceedings and has willfully chosen not to formally enter the case despite proper service and additional notice from the undersigned counsel.

10. Plaintiff seeks statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(A) and 47 U.S.C. §§ 227(b)(3)(B)&(C) and payment of her costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3) and 815 ILCS 505/10a(c).

STATUTORY DAMAGES

11. Plaintiff seeks statutory damages of the maximum allowed under the FDCPA, $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A).

12. Based on Defendant's conduct, Plaintiff believes this Honorable Court should not hesitate to punish Defendant to the fullest extent of the law. As Plaintiff's Complaint states, Defendant engaged in willfully harassing collection activity. Specifically, Defendant placed incessant and harassing phone calls to Plaintiff's cellular phone, including making demeaning comments towards Plaintiff. Such conduct is in clear violation of the FDCPA. Because Defendant has willfully chosen not to participate in the instant proceedings, it should not be given any benefit of the doubt by this Honorable Court.

13. Plaintiff also seeks statutory damages of at least $500.00 per phone call pursuant to 47 U.S.C. §§ 227(b)(3)(B) of the TCPA. Although Plaintiff is uncertain as to the exact number of phone calls received from Defendant, she does allege that she received at least 20 calls. As such, Plaintiff is entitled to a minimum of $10,000.00 in statutory damages under the TCPA.

14. Defendant has clearly demonstrated a lack of respect for the legal process. It has had clear notice of this lawsuit through its Registered Agent and its Associate Counsel, Moore. Rather than avail itself to the legal process, Defendant has willfully chosen not to participate and as such has waived its right to be given any benefit by this Court.

ATTORNEY FEES AND COSTS

15. Plaintiff seeks $ 4,953.12 in reasonable attorney fees and costs pursuant to 15 U.S.C. §1692k(a)(3) and 815 ILCS 505/10a(c). *See* attached Exhibit A is a true and correct itemization of Plaintiff's reasonable attorney fees and costs and attached Exhibit B is a true and correct copy of an affidavit endorsed by the undersigned.

WHEREFORE, Plaintiff, MELODY CHARMAINE WHITSETT, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. Entering a Default Judgment against NATIONAL CREDIT ADJUSTERS, LLC and in favor of Plaintiff;

b. Awarding Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against NATIONAL CREDIT ADJUSTERS, LLC and in favor of Plaintiff;

c. Awarding Plaintiff statutory damages of at least $10,000.00 pursuant to 47 U.S.C. §§ 227(b)(3)(B) against NATIONAL CREDIT ADJUSTERS, LLC and in favor of Plaintiff;

d. Awarding Plaintiff $4,953.12 in costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3) against NATIONAL CREDIT ADJUSTERS, LLC and in favor of Plaintiff;

e. Allowing judgment interest to be added; and

f. Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: October 19, 2017                     Respectfully submitted,

                                            s/ Nathan C. Volheim
                                            Nathan C. Volheim, Esq. #6302103
                                            Counsel for Plaintiff
                                            Admitted in the Northern District of Illinois
                                            Sulaiman Law Group, Ltd.
                                            2500 Highland Avenue, Suite 200
                                            Lombard, Illinois 60148
                                            (630) 568-3056 (phone)
                                            (630) 575-8188 (fax)
                                            nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on October 19, 2017, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST NATIONAL CREDIT ADJUSTERS, LLC ON A SUM CERTAIN, to be served by U.S. mail, postage prepaid, and electronic mail on:

National Credit Adjusters, LLC
c/o Registered Agent,
LexisNexis Document Solutions
801 Adlai Stevenson Drive
Springfield, Illinois 62703

National Credit Adjusters, LLC
327 West 4th Street,
Hutchinson, Kansas 67504

National Credit Adjusters, LLC
c/o Associate Counsel
Nicholas D. Moore, Esq.
NMoore@ncaks.com

                                              s/ Nathan C. Volheim
                                              Nathan C. Volheim, Esq.