# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELODY CHARMAINE WHITSETT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>    Defendant. | Case No. 1:17-cv-05845<br><br>Hon. Judge Andrea Wood |

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 8/1/2017 | Reviewed of documents verify potential causes of action | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 8/1/2017 | Researched proper defendant | Nathan Volheim | $375.00 | 1 | $375.00 |
| 8/2/2017 | Verified facts to determine if all elements of TCPA/FDCPA are present | Nathan Volheim | $375.00 | 1 | $375.00 |
| 8/2/2017 | Drafted Complaint | Nathan Volheim | $375.00 | 3 | $1,125.00 |
| 8/3/2017 | Final revisions of Complaint | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 8/10/2017 | Filed Complaint, Issued Summons and sent to process server | Kiran Wadia | $125.00 | 1 | $125.00 |
| 8/21/2017 | Filed Executed Summons | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 10/2/2017 | Drafted Motion for Entry of Default and Plaintiff's Joint Initial Status Report | Nathan C. Volheim | $375.00 | 1.5 | $562.50 |
| 10/2/2017 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail and email. | Kiran Wadia | $125.00 | 0.5 | $62.50 |
| 10/3/2017 | Delivered Courtesy Copies of Filed Motion for Entry of Default and Plaintiff's Joint Initial Status Report to Judge's chamber | Nathan C. Volheim | $375.00 | 0.2 | $75.00 |

| 10/9/2017 | Emailed Defendant's representative regarding pending Motion for Entry of Default | Nathan Volheim | $375.00 | 0.2 | $75.00 |
|---|---|---|---|---|---|
| 10/10/2017 | Attended Plaintiff's Motion for Entry of Default and Initial Status Hearing | Nathan C. Volheim | $375.00 | 1.0 | $375.00 |
| 10/12/2017 | Reviewed Defendant's Settlement and responded to email | Nathan C. Volheim | $375.00 | 0.5 | $187.50 |
| 10/16/2017 | Drafted Motion for Default Judgement | Nathan C. Volheim | $375.00 | 2.0 | $750.00 |
| | | | | | $4,487.50 |

**Costs:**
| | |
|---|---|
| Filing Fee | $ 400.00 |
| Service(R.O.S. Consulting, Inc.) | $ 52.50 |
| Mailing Cost | $ 13.12 |
| **Total Costs:** | **$ 465.62** |

**Grand Total**
| | |
|---|---|
| Attorney Fees | $ 4,487.50 |
| Costs | $ 465.62 |
| **Total** | **$ 4,953.12** |