# Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MELODY CHARMAINE WHITSETT,

     Plaintiff,

v.

                         Case No. 1: 17-cv-05845

NATIONAL CREDIT ADJUSTERS, LLC,

                         Honorable Andrea R. Wood

     Defendant.

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST NATIONAL CREDIT ADJUSTERS, LLC ON A SUM CERTAIN

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in the above-entitled action and as such I am familiar with the billing, records, events, and pleadings in this matter.

2. The summons and complaint were served upon the Defendant on August 18, 2017.

3. An answer to the complaint was due on September 8, 2017. No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

4. The default of Defendant was entered on October 10, 2017.

5. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

6. To my best information and belief, Defendant is not an infant or an incompetent person.

7. I have exchanged emails with Defendant's Associate Counsel and Defendant is aware of the Entry of Default and the instant Motion.

8. Plaintiff's primary claims are statutory damages under the Fair Debt Collections Practices Act of $1,000.00 as provided under 15 U.S.C. §1692k(a)(2)(A) and Telephone Consumer Protection Act of $10,000 as provided under and 47 U.S.C. §§227(b)(3)(B)&(C).

9. Plaintiff seeks reasonable costs and attorney fees of $ 4,953.12 as provided under 15 U.S.C. §1692k (a)(3) and 815 ILCS 505/10a(c). Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

10. The Plaintiff is requesting the entry of judgment in the total amount of $15,953.12 against the Defendant for its violations of law.

_____

Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

**SWORN TO AND SUBSCRIBED** before me this ___14th___ day of ___October___, 2017.

_____
Notary

My commission expires___November 15___, 20 _20_.



"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020